835 F.2d 1434
 Aloha Airlines, Inc., Mid Pacific Airlines, Inc.
v.
Tavares (Hannibal), Maui County Council, Hokama (Goro),
Kihune (Howard), Aiona (Abraham), Lingle (Linda), Liu
(Lee), Nakasone (Robert), Nishiki (Wayne), Ota (Charles),
Santos (Velma), Fukunaga (Alvin), Maui Land and Pineapple
Company, Inc., Hawaiin Airlines, Inc.
 NO. 86-2720
 United States Court of Appeals,
Ninth Circuit.
 DEC 07, 1987
 Appeal From: D.Hawaii
 
 1
 AFFIRMED.